**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

CASE NO. 5ᵉ C CC\ 2C/-SPM

GUIDEONE ELITE INSURANCE COMPANY

    Plaintiff,

v.

COVE BAPTIST CHURCH OF PANAMA CITY, FLORIDA, INC., a/k/a
COVE BAPTIST CHURCH

    Defendant,

_____/

### COMPLAINT FOR DECLARATORY DECREE

    COMES NOW, the Plaintiff, GUIDEONE ELITE INSURANCE COMPANY, hereinafter referred to as "GUIDEONE", by and through its undersigned attorney and files herein its complaint for Declaratory Decree pursuant to 28 USC §2201, United State Code Annotated, against the Defendant, COVE BAPTIST CHURCH OF PANAMA CITY, FLORIDA, INC., a/k/a COVE BAPTIST CHURCH, hereinafter referred to as "COVE" and for grounds allege:

    1.    That the amount and controversy in this action exclusive of interest, costs and attorney's fees exceeds the sum of $75,000.00.

    2.    That the Plaintiff, GUIDEONE, is an Iowa domiciled insurance company authorized and licensed to transact business in the State of Florida. Its principle place of business is the state of Iowa.

    3.    The Defendant, COVE, is a Florida Corporation, having its principle place of business and residence and domicile in Bay County, Panama City, Florida and is a domiciliary of the State of Florida.

CU AUG 16  FH 1:29



4.    That this court has jurisdiction pursuant to 28 USC §1332 for the amount in controversy in this action exceeds the sum of $75,000.00 and the Plaintiff and Defendant are domiciled in different states.

5.    That at all times material to this action, GUIDEONE, had issued policy #01157-133, to COVE, with effective dates of 1/1/99 through and inclusive to 1/1/00, a true and correct copy of which insurance policy is attached hereto and incorporated by reference herein as Exhibit A.

6.    That on or about May 6, 1999, a rain storm occurred at the premises owned by COVE, and insured by GUIDEONE.

7.    As a result of the above mentioned incident, COVE presented a claim alleging damages to its property that it believes are covered under the above referenced policy issued by GUIDEONE.

8.    There is attached hereto as Exhibit B, a copy of the sworn statement in proof of loss filed by COVE to GUIDEONE, in regards to the amount of its claim against GUIDEONE.

9.    GUIDEONE INSURANCE COMPANY has denied this claim on the grounds that the damages sought by COVE, are not covered, but otherwise excluded, or limited under the terms and conditions of said insurance policy.

10.    GUIDEONE, believes that the following exclusions may apply with respect to the claim of COVE to wit:

A. B. EXCLUSIONS

1.    We will not pay for loss or damage

2

caused directly or indirectly by any of the
following.  Such loss or damage is
excluded regardless of any other cause
or event that contributes concurrently or
in any sequence to the loss...

g.  Water

   (1)  Flood, surface water, waves,
        tides, tidal waves, overflow of any
        body of water, or their spray, all
        whether driven by wind or not;...

   (3)  Water that backs up or overflows
        from a sewer, drain or sump,
        except as provided in the Addi-
        tional Coverages;

2.  We will not pay for loss or damage
    caused by or resulting from any of the
    following:

   d.  (1)  Wear and tear;

       (2)  Rust, corrosion, fungus, decay,
            deterioration, hidden or latent
            defect or any quality in property
            that causes it to damage or
            destroy itself;

   f.  Continuous or repeated seepage or
       leakage or water that occurs over a
       period of 14 days or more...

3.  We will not pay for loss or damage
    caused by or resulting from any of the
    following, 3.a. through 3.c.  But if an
    excluded cause of loss that is listed in
    3.a. through 3.c. results in a Covered
    Cause of Loss, we will pay for the loss or
    damage caused by that Covered Cause
    of Loss.

   a.  Weather conditions.  Buy this exclu-
       sion only applies if weather conditions
       contribute in any way with a cause or
       event excluded in paragraph 1. above
       to produce the loss or damage…

    c.    Faulty, inadequate or defective:

        (1)   Planning, zoning, development, surveying, siting;

        (2)   Design specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

        (3)   Materials used in repair, construction, renovation or remodeling; or

        (4)   Maintenance;

        of part or all of any property on or off the described premises.

11.   GUIDEONE, also believes that the damages and losses claimed by COVE, are otherwise limited by the following provisions of said insurance policy and thereof not covered, to wit:

a. C. LIMITATIONS

    The following limitations apply to all policy forms and endorsements, unless otherwise stated.

    1.   We will not pay for loss of or damage to property, as described and limited in this section.  In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section...

        c.   The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand, or dust, whether driven by wind or not, unless:

           (1)   the building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow,

sleet, ice, sand or dust enters;

12.   GUIDEONE, reasonably believes, that the claim brought by COVE, is not covered under the above referenced insurance policy, but is in doubt in regards to its rights and obligations under said insurance policy and seeks a judicial determination of its obligations, if any, owed by GUIDEONE to COVE in regards to the matter set forth herein.

13.   That a real and present controversy exist between GUIDEONE and COVE, inasmuch as COVE has filed a claim in regards to the above alleged event, and GUIDEONE has denied that claim.

WHEREFORE, Plaintiff, GUIDEONE files herein its complaint for Declaratory Decree and prays:

a.   That this court assume jurisdiction of the persons and subjection matter of this action and determine that no coverage exist for the events and claim brought by COVE against GUIDEONE.

b.   That the Plaintiff be awarded cost of this action.

c.   That a jury trial is requested on all issues so triable.

d.   And for such other and further relief as the Plaintiff may be entitled to in the premises.

WILLIAM A. Seacrest
Florida Bar No.:  134647
1425 East Piedmont Drive
Suite 201  (32312)
Post Office Box 14287
Tallahassee, Florida  32317
850/385-7739
Fax No.:  850/385-8859
Trial Counsel for Plaintiff

k:\20008030\plead.mot\00600july26.complaint

1111 Ashworth Road
West Des Moines, IA 50265-3538
515 267.5000 Phone
www.guideone.com



**GuideOne**
Insurance

*...ing Customers As Partners*

This is to certify that the attached Memorandum of Policy No.   01157-133            of the

GUIDEONE ELITE INSURANCE COMPANY

issued to COVE BAPTIST CHURCH INCORPORATED

located at 101 NORTH MACARTHUR AVENUE   PANAMA CITY   FL   32401

is a replica representing the original policy.  The original insuring agreement was sent to the policyholder or mortgagee.

UNDERWRITING DIVISION

STATE OF IOWA

COUNTY OF POLK

Sworn to before me the _12TH_____ day of ___JANUARY_ _2000_____

NOTARY PUBLIC

RHONDA ABSHIRE
MY COMMISSION EXPIRES
July 28, 2002

My Commission Expires_____

GuideOne Mutual Insurance Company
GuideOne Specialty Mutual Insurance Company
GuideOne Life Insurance Company
GuideOne Elite Insurance Company
GuideOne Casualty Insurance Company
GuideOne Lloyds Insurance Company
GuideOne America Insurance Company
American Summit Insurance Company

13207                                                                    "A"

1111 Ashworth Road
West Des Moines, IA 50265-3538
515 267 5000 Phone
www.guideone.com



**GuideOne**
**Insurance**

*:luing Customers As Partners*

DATE:         01/12/00

TO: STONE MOUNTAIN CLAIMS

SUBJECT: COVE BAPTIST CHURCH                    POLICY NO. 01157-133

FROM:         COMMERCIAL LINES

ATTACHED IS ONE CERTIFIED COPY OF THE ABOVE INSURED'S POLICY.

AS REQUESTED BY:  JOHN A. LIVELY

IF WE CAN BE OF ANY FURTHER ASSISTANCE TO YOU, PLEASE LET US KNOW.

GuideOne Mutual Insurance Company
GuideOne Specialty Mutual Insurance Company
GuideOne Life Insurance Company
GuideOne Elite Insurance Company
GuideOne Casualty Insurance Company
GuideOne Lloyds Insurance Company
GuideOne America Insurance Company
American Summit Insurance Company

-13207

# C O M M E R C I A L   I N L A N D   M A R I N E
## C O V E R A G E   P A R T   D E C L A R A T I O N S   P A G E

POLICY EFFECTIVE        01/01/99                    POLICY NO. 1157-133

NAMED INSURED    COVE BAPTIST CHURCH

LOCATIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    PREMISES ARE THE SAME AS SHOWN ON THE COMMERCIAL
    PROPERTY COVERAGE PART DECLARATIONS PAGE

COVERAGES, LIMITS OF INSURANCE AND DEDUCTIBLE

| COVERAGE | COVERAGE AMOUNT | DEDUCTIBLE AMOUNT |
|---|---|---|
| MINISTER'S BUSINESS PROPERTY - REPLACEMENT COST | $5,000 | $250 |

SCHEDULES

FORM PCM7403/0885
MINISTERS BUSINESS PROPERTY COVERAGE
(NOT REAL ESTATE)

X    REPLACEMENT COST
     ACTUAL CASH VALUE

# COMMERCIAL CRIME COVERAGE PART
## DECLARATIONS PAGE

POLICY EFFECTIVE      01/01/99                    POLICY NO. 1157-133

NAMED INSURED    COVE BAPTIST CHURCH
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
LOCATIONS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   PREMISES ARE THE SAME AS SHOWN ON THE COMMERCIAL
   PROPERTY COVERAGE PART DECLARATIONS PAGE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COVERAGES, LIMITS OF INSURANCE AND DEDUCTIBLE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHURCH FIDELITY BOND COVERAGE FORM

|                              | LIMITS OF INSURANCE | DEDUCTIBLE AMOUNT |
|------------------------------|---------------------|-------------------|
|                              | $1,000              | -0-               |

CHURCH THEFT COVERAGE FORM

|                              | LIMITS OF INSURANCE | DEDUCTIBLE AMOUNT |
|------------------------------|---------------------|-------------------|
| MONEY AND SECURITIES ONLY    | $1,000              | $250              |

FORM PCR2611/0396
CHURCH THEFT COVERAGE FORM

                        SCHEDULE

   SPECIAL LIMIT OF INSURANCE:  THIS SPECIAL LIMIT OF
   INSURANCE FOR "LOSS" OF MONEY SHALL BE TWICE THE
   LIMIT OF INSURANCE SHOWN IN THIS SCHEDULE FOR THE
   FOUR DAYS OF YOUR CHOICE, INDICATED BELOW, AND THE
   FOUR CALENDAR DAYS IMMEDIATELY PRECEDING AND FOLLOWING
   THOSE DAYS.

   CHOICE OF FIRST DAY (WILL BE EASTER IF NO ENTRY):

   CHOICE OF SECOND DAY (WILL BE THANKSGIVING IF NO ENTRY):

   CHOICE OF THIRD DAY (WILL BE CHRISTMAS IF NO ENTRY):

   CHOICE OF FOURTH DAY (NO COVERAGE IF NO ENTRY):
   NONE

11/29/99                                      PCR 76 00 07 89

COMMERCIAL GENERAL LIABILITY
COVERAGE PART DECLARATIONS PAGE

POLICY EFFECTIVE        01/01/99                    POLICY NO. 1157-133

NAMED INSURED    COVE BAPTIST CHURCH
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ENDORSEMENT SCHEDULES
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FORM CP12002/0398
SEXUAL MISCONDUCT LIABILITY COVERAGE FORM

                        SCHEDULE

$ 100,000          EACH OCCURRENCE

$ 300,000          TOTAL DAMAGES

# C O M M E R C I A L   G E N E R A L   L I A B I L I T Y
# C O V E R A G E   P A R T   D E C L A R A T I O N S   P A G E

POLICY EFFECTIVE      01/01/99                    POLICY NO. 1157-133

NAMED INSURED   COVE BAPTIST CHURCH
--------------------------------------------------------------------------
LIMITS OF INSURANCE
--------------------------------------------------------------------------

| | |
|---|---|
| GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS-COMPLETED OPERATIONS) | $ 1,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ 1,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 500,000 |
| EACH OCCURRENCE LIMIT | $ 500,000 |
| PROPERTY DAMAGE LIMIT(LEGAL LIABILITY)ANY ONE OCCURRENCE | $ 500,000 |
| MEDICAL EXPENSE LIMIT                    ANY ONE PERSON | $ 5,000 |

--------------------------------------------------------------------------
FORM OF BUSINESS:  ORGANIZATION (OTHER THAN PARTNERSHIP OR JOINT VENTURE)
--------------------------------------------------------------------------
LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:
--------------------------------------------------------------------------

   PREMISES ARE THE SAME AS SHOWN ON THE COMMERCIAL
   PROPERTY COVERAGE PART DECLARATIONS PAGE
--------------------------------------------------------------------------
CLASSIFICATIONS
--------------------------------------------------------------------------

| CLASSIFICATION | CODE NO. | PREMIUM BASIS | EXPOSURE |
|---|---|---|---|
| CHURCH ATHLETIC ACTIVITIES | 49992 | C | |
| LOSS OF LIFE | 49998 | C | |
| CHURCHES OR OTHER HOUSES OF WORSHIP | 41650 | A | PRXXP |
| FORM CP-12002 SEXUAL MISCONDUCT LIABILITY | 49990 | C | |
| PERCENTAGE SURCHARGE | 99940 | C | |

PREMIUM BASIS: A-AREA  C-TOTAL COST  M-ADMISSIONS
               P-PAYROLL  S-GROSS SALES  U-UNITS OR EACH

CONTINUED ON THE NEXT PAGE

11/29/99                                    PCG 75 00 03 96

# S T A T E M E N T   O F   V A L U E S

POLICY EFFECTIVE      01/01/99                    POLICY NO. 1157-133

NAMED INSURED    COVE BAPTIST CHURCH
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PREMISES AND DESCRIPTION OF PROPERTY          100% VALUES
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                        ACTUAL CASH VALUE    REPLACEMENT COST

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
RISK NO.    001
PREMISES NO. 001  BUILDING NO. 001
CONSTRUCTION MOD. FIRE RESISTIVE
OCCUPANCY     CHURCH
PREMISES ADDRESS
    101 NORTH MACARTHUR AVENUE

    PANAMA CITY          BAY              FL  32401
BUILDING LIMIT                                      $2,225,000
PERSONAL PROPERTY                                    $222,500

11/29/99                                    CP11927(789)

# S T A T E M E N T   O F   V A L U E S

POLICY EFFECTIVE        01/01/99                      POLICY NO. 1157-133

NAMED INSURED        COVE BAPTIST CHURCH
                     INCORPORATED
                     101 NORTH MACARTHUR AVENUE

                     PANAMA CITY            FL   32401
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
INSTRUCTIONS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1.  THE VALUES SHOWN ON THE ATTACHED PAGES MUST BE ACTUAL CASH VALUES(100%)
    OR REPLACEMENT COST VALUES(100%) AND SHOULD REFLECT THE BASIS OF
    COVERAGE FOR EACH BUILDING, PERSONAL PROPERTY OF THE INSURED OR BOTH.

2.  THE VALUES SHALL BE SUBMITTED TO THE INSURANCE COMPANY AND SUBJECT TO
    ITS ACCEPTANCE.

3.  NOTHING CONTAINED IN THESE INSTRUCTIONS SHALL BE CONSTRUED AS CHANGING
    IN ANY MANNER THE CONDITIONS OF THE POLICY.

4.  THE COMPANY MAY REQUIRE THIS STATEMENT OF VALUES TO BE SIGNED BY THE
    INSURED, OR IN THE CASE OF FIRMS, BY A PARTNER OR AN OFFICER.

        THIS "STATEMENT OF VALUES" IS FILED WITH THE DESIGNATED COMPANY
        LISTED BELOW.

        ALL VALUES SUBMITTED ARE CORRECT TO THE BEST OF MY KNOWLEDGE
        AND BELIEF.

            SIGNED_____
                    (SIGNATURE OF AUTHORIZED REPRESENTATIVE)

            TITLE _____

            DATE  _____

GuideOne Insurance                    GuideOne Elite
1111 ASHWORTH ROAD                       Insurance Company
WEST DES MOINES, IOWA 50265-3538
(515)267-5000

# C O M M E R C I A L   P R O P E R T Y   C O V E R A G E   P A R T
## D E C L A R A T I O N S   P A G E

POLICY EFFECTIVE      01/01/99                          POLICY NO. 1157-133
NAMED INSURED    COVE BAPTIST CHURCH
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
OPTIONAL COVERAGE FORMS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FORM PMAN353
AGREED VALUE ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY, READ IT CAREFULLY.

UNLESS OTHERWISE INDICATED ON THE DECLARATION, AGREED VALUE
IS AN OPTIONAL COVERAGE, AND NOT INCLUDED ON THIS POLICY.

# C O M M E R C I A L   P R O P E R T Y   C O V E R A G E   P A R T
## D E C L A R A T I O N S   P A G E

POLICY EFFECTIVE     01/01/99                          POLICY NO. 1157-133
NAMED INSURED    COVE BAPTIST CHURCH
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF PREMISES AND COVERAGES PROVIDED
THIS POLICY COVERS THE PROPERTY LISTED BELOW.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
RISK NO.     001
PREMISES NO. 001  BUILDING NO. 001
CONSTRUCTION MOD. FIRE RESISTIVE
OCCUPANCY    CHURCH
PREMISES ADDRESS
    101 NORTH MACARTHUR AVENUE

    PANAMA CITY              BAY               FL  32401
                            BUILDING               PERSONAL PROPERTY
LIMIT OF INSURANCE       $2,002,500                  $200,250
CAUSE OF LOSS FORM    SPECIAL INCLUDING THEFT    SPECIAL INCLUDING THEFT
COINSURANCE                 90%                      90%
DEDUCTIBLE                  $500                     $500
OPTIONAL COVERAGES      AGREED VALUE             AGREED VALUE
                        REPLACEMENT COST         REPLACEMENT COST
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
RISK NO.     002
PREMISES NO. 002  BUILDING NO. 001
CONSTRUCTION MASONRY                        DELETED AS OF 03/31/97
OCCUPANCY    PARSONAGE
PREMISES ADDRESS
    1403 DEWITT STREET

    PANAMA CITY              BAY               FL  32401
                            BUILDING               PERSONAL PROPERTY
LIMIT OF INSURANCE
CAUSE OF LOSS FORM
COINSURANCE
DEDUCTIBLE

11/29/99                                    PCP 73 00 07 89

# C O M M O N   P O L I C Y   D E C L A R A T I O N S

POLICY NO. 1157-133          RENEWAL
NAMED INSURED                          PRODUCER NAME AND ADDRESS
   COVE BAPTIST CHURCH                     RONALD R ROBERTS
   INCORPORATED                            DBA: RON ROBERTS AGENCY
   101 NORTH MACARTHUR AVENUE               457 KINGSLEY AVENUE
                               ORANGE PARK          FL  32073
   PANAMA CITY          FL    32401         09-850 (09 )  (904)269-3377
                               ADMIN. 42-800

POLICY PERIOD: FROM   01/01/99    TO   01/01/00
   AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A
PREMIUM IS INDICATED.   THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COMMERCIAL PROPERTY COVERAGE PART                          $    3,115.11
 FORMS APPLICABLE:  CP0125/0695  IL0175/0993
PCP2310/0396  PCP2311/0396  PCP2314/0396
PMAN353
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COMMERCIAL GENERAL LIABILITY COVERAGE PART                 $    2,567.57
 FORMS APPLICABLE:  CG0054/0397 *CG0220/0398
*CP12002/0398  PCG2510/0396  PCG7563/0794
*PCG7575/0397
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COMMERCIAL CRIME COVERAGE PART                             $       20.02
 FORMS APPLICABLE: *CR0206/0798  PCR2610/0396
PCR2611/0396  PCR7601/0885
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COMMERCIAL INLAND MARINE COVERAGE PART                     $       29.03
 FORMS APPLICABLE:  CL160/1.0  CL225/2.0
IM100/0684  PCM2411/0396  PCM7403/0885
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MECHANICAL, ELECTRICAL AND PRESSURE EQUIPMENT COVERAGE PART  $      .00
 FORMS APPLICABLE:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 FORMS APPLICABLE TO MORE THAN ONE COVERAGE PART:
*IL0003/0498 *IL0021/0498 *IL0255/0398
 PIL2200/0396  PIL7200/0193  PIL7209/0790

TOTAL PREMIUM OF     $5,731.73.

COUNTERSIGNED  11/29/99  BY _____
            (DATE)     (AUTHORIZED REPRESENTATIVE)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GuideOne Insurance                   GuideOne Elite
1111 ASHWORTH ROAD                     Insurance Company
WEST DES MOINES, IOWA 50265-3538
(515)267-5000

# A N N U A L   R E N E W A L   C E R T I F I C A T E

POLICY NO. 1157-133

NAMED INSURED
COVE BAPTIST CHURCH
INCORPORATED
101 NORTH MACARTHUR AVENUE

PANAMA CITY          FL     32401

PRODUCER NAME AND ADDRESS
RONALD R ROBERTS
DBA: RON ROBERTS AGENCY
457 KINGSLEY AVENUE
ORANGE PARK              FL   32073
09-850 (09 )   (904)269-3377
ADMIN. 42-800

RENEWAL PERIOD: FROM    01/01/99    TO    01/01/00

VALUABLE - ATTACH THIS CERTIFICATE TO YOUR POLICY.

IN RETURN FOR THE PAYMENT OF THE TOTAL PREMIUM SHOWN ON THE COMMON
POLICY DECLARATIONS, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, THE
ABOVE NUMBERED POLICY IS RENEWED FOR THE PERIOD SHOWN ABOVE.  THE POLICY
IS BEING RENEWED IN ACCORDANCE WITH RATES AND RULES IN EFFECT ON THE
DATE OF RENEWAL.

ATTACHED TO AND MADE A PART OF THIS CERTIFICATE ARE COMMON POLICY
DECLARATIONS AND CONDITIONS, APPROPRIATE COVERAGE PART DECLARATIONS AND
SUPPLEMENTS, AND CURRENT EDITIONS OF FORMS IF EARLIER EDITIONS WERE
REVISED DURING THE PREVIOUS PERIOD.  THIS CERTIFICATE HAS THE SAME
EFFECT AS WRITING A NEW POLICY WITH THE SAME PROVISIONS, CONDITIONS AND
INSURING AGREEMENTS.  COVERAGE PARTS OF THIS RENEWAL WILL BE BROADENED
IN ACCORDANCE WITH THE LIBERALIZATION CONDITION APPLYING TO THOSE SAME
COVERAGE PARTS OF THE POLICY BEING RENEWED.

INFORMATION SUCH AS CLASSIFICATIONS, LIMITS OR EXPOSURES IS
THE SAME FOR THIS RENEWAL PERIOD AS FOR THE PREVIOUS PERIOD UNLESS
OTHERWISE SPECIFIED.  CHANGES, IF ANY, ARE SHOWN ON THE ATTACHED
COVERAGE PART DECLARATIONS OR SUPPLEMENTS.

GuideOne Insurance
1111 ASHWORTH ROAD
WEST DES MOINES, IOWA 50265-3538

GuideOne Elite
   Insurance Company

11/29/99                                                  PJDL 71 01 07 89

# FLORIDA CHANGES

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy CP 00 99 the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following provision applies when a Coinsurance percentage is shown in the Declarations:

Florida law states as follows:

Coinsurance contract:  The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the Insured.

**C.** The following is added:

If loss or damage to Covered Property is caused by or results from Windstorm, the following exclusion applies in:

1. Broward County;

2. Dade County;

3. Martin County;

4. Monroe County;

5. Palm Beach County; and

6. All the areas east of the west bank of the Intra-Coastal Waterway in the Counties of:

   a. Indian River; and

   b. St. Lucie.

**Windstorm Exterior Paint and Waterproofing Exclusion**

We will not pay for loss or damage to:

1. Paint; or

2. Waterproofing material;

applied to the exterior of Buildings.

We will not include the value of paint or waterproofing material to determine:

   a. The amount of the Windstorm or Hail Deductible; or

   b. The value of Covered Property when applying the Coinsurance Condition.

**D.** The LOSS PAYMENT Condition dealing with the number of days within which we must pay for covered loss or damage is replaced by the following:

Provided you have complied with all the terms of this Coverage Part, we will pay for covered loss or damage:

(1) Within 20 days after we receive the sworn proof of loss and reach written agreement with you; or

(2) Within 30 days after we receive the sworn proof of loss and:

   (a) There is an entry of a final judgment; or

   (b) There is a filing of an appraisal award with us.

**E.** **Sinkhole Collapse**

1. Paragraph A.10., SINKHOLE COLLAPSE, of the Causes of Loss — Basic Form and the Causes of Loss — Broad Form;

2. Paragraph A.2.c.(8) of COVERED CAUSES OF LOSS of the Mortgageholder's Errors and Omissions Coverage Form; and

3. Paragraph A.3.h., SINKHOLE COLLAPSE, of the Standard Property Policy

are replaced by the following:

**Sinkhole Collapse,** meaning loss or damage caused by the sudden sinking or collapse of land into underground empty spaces created by the action of water on

Copyright, ISO Commercial Risk Services, Inc., 1994

limestone or similar rock formations.  This cause of loss does not include:

**a.**  The cost of filling sinkholes; or

**b.**  Sinking or collapse of land into man-made underground cavities.

**F.**  Paragraph   F.1. of DEFINITIONS of the Causes of Loss — Special Form is replaced by the following:

**1.**  Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or similar rock formations.  This cause of loss does not include:

**a.**  The cost of filling sinkholes; or

**b.**  Sinking or collapse of land into man-made underground cavities.

Copyright, ISO Commercial Risk Services, Inc , 1994

# FLORIDA CHANGES —
# LEGAL ACTION AGAINST US

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> BUSINESSOWNERS POLICY
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> FARM COVERAGE PART

The following replaces the second paragraph of the Legal Action Against Us condition:

**LEGAL ACTION AGAINST US**

Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

Copyright, Insurance Services Office, Inc., 1993
Copyright, ISO Commercial Risk Services, Inc., 1993

# COMMERCIAL PROPERTY CONDITIONS

CORNERSTONE PLUS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

a. The United States of America (including its territories and possessions);

b. Puerto Rico; and

c. Canada.

I. **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm;

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

Copyright, Insurance Services Office, Inc., 1983, 1987

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**CORNERSTONE PLUS**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H — DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building**, meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure;

(6) Signs attached to the building or within 100 feet of the described premises;

(7) Walls, fences, walks and outbuildings.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property — Separation of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

    (a) Made a part of the building or structure you occupy but do not own; and

    (b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others; and

(8) Personal property of others that is:

    (a) Business personal property belonging to your "ministers," officers or directors; personal property of others used by you for business purposes; and

    (b) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

## 2. Property Not Covered

Covered Property does not include:

a. Accounts, bills, currency, deeds, food stamps, other evid..ces of debt, or notes; money or securities, except as provided in SECTION C. — LIMITATIONS of the CAUSES OF LOSS — SPECIAL FORM. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, patios or other paved surfaces, except walks;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

    (1) The lowest basement floor; or

    (2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water or growing crops; or lawns, except as provided in the Coverage Extensions;

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not at the premises described in the Declarations;

m. Underground pipes, flues or drains;

n. The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

o. Vehicles or self-propelled machines (including aircraft or watercraft) that:

    (1) Are licensed for use on public roads; or

    (2) Are operated principally away from the described premises.

This paragraph does not apply to:

**(1)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(2)** Vehicles or self-propelled machines, other than autos, you hold for sale; or

**(3)** Rowboats or canoes out of water at the described premises;

p. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Radio and television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings or within 100 feet of the described premises), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

(1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) The most we will pay under this Additional Coverage is 25% of:

(a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

(b) The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal

limit provided in the Limits of Insurance section.

(3) This Additional Coverage does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(4) We will pay expenses for the removal of fallen trees from the insured premises if **(a)** coverage is not provided in Coverage Extension, **h.** Trees, Shrubs, Plants and Lawns, for the Cause of Loss causing the loss, or **(b)** the tree is not covered by this policy; but only if the tree damages Covered Property and a Covered Cause of Loss causes the tree to fall.

**b. Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay the actual cost of your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No deductible applies to this Additional Coverage.

**d. Pollutant Clean Up and Removal**

We will pay your expense to extract

"pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the pollutants is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants." But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

e. **Indirect Loss**

When there is loss or damage to Covered Property by a Covered Cause of Loss, the most we will pay is $50,000 for any one of the following coverages or combinations of coverages.

If you are a tenant, loss or damage to Covered Property includes loss or damage to the portion of the building which you rent, lease or occupy or any area within the building which services or is used to gain access to the portion you rent, lease or occupy.

(1) **Extra Expense:** The necessary extra expense incurred by you in order to continue as nearly as practicable, the normal operations.

We shall not be liable under this Additional Coverage for any other consequential or remote loss, or the cost of repairing or replacing any of the described property that has been damaged by a Covered Cause of Loss, except cost in excess of the normal cost of such repairs or replacement necessarily incurred for the purpose of reducing the total amount of extra expense; however, liability for such excess cost shall not exceed the amount by which the total extra expense otherwise payable under this Additional Coverage is reduced.

Valuable papers and records are not covered except as elsewhere provided in this policy;

(2) **Tuition Fees:** Provides for the actual loss of tuition fees sustained by you less charges and expenses which are not necessarily continued during the period of time, not limited by the expiration date of this policy, beginning with the date of such damage or destruction and ending on the date preceding the beginning of the first school year following the date that the damaged or destroyed building or personal property described could, with the exercise of due diligence and dispatch, be rebuilt, repaired or replaced;

(3) **Loss of Rents:** Insures loss sustained by you resulting directly from necessary untenability.

(4) **Emergency Evacuation:** We will pay your reasonable expenses:

(a) to move residents from the described premises, temporarily, if removal:

(i) is necessary to prevent further or threatened physical injury to the residents; or

(ii) is required by civil authority.

(b) to move property of residents from the described premises to preserve such property.

This provision applies if there is actual or threatened loss or damage to Covered Property by a Covered Cause of Loss.

**(5) Proof of Loss**: We will pay your reasonable expenses in performing your duties described in **3. Duties In The Event Of Loss Or Damage** of **SECTION E — LOSS CONDITIONS**.

**Definitions:**

**(1) Extra expense** means the excess (if any) of total cost incurred during the period of restoration chargeable to the operation of your church, over and above the total cost that would have been incurred to conduct the business during the same period had no damage or destruction occurred. The salvage value of property obtained for temporary use during the period of restoration which remains after the resumption of normal operations shall be taken into consideration in the adjustment of any loss.

**(2) Period of restoration** means the length of time, commencing with the date of damage and not limited by the expiration date of this policy, that would be required, with the exercise of due diligence and dispatch, to:   **(a)** repair, rebuild or replace a part of the property herein described which has been damaged or destroyed; or **(b)** resume operations at a new permanent location.

**(3) Tuition fees** means the sum of tuition, fees and other income from students, less the cost of materials sold and materials and supplies consumed in the services sold to such students.

**(4) Beginning of school year**, however modified, whenever used in this Coverage Form shall mean the opening date of school in the fall as prescribed or as would be prescribed in the school catalog.

**(5) Loss of rents** ("rents" includes rental value and is defined as the sum of):

   **(a)** The total anticipated gross rental income from tenant occupancy of the described property as furnished and equipped by you;

   **(b)** The amount of all charges which are the legal obligation of the tenants and which would otherwise be your obligation; and

   **(c)** The fair rental value of any portion of said property which is occupied by you and your employees.

**Additional Conditions: Tuition and Loss of Rents**

Due consideration shall be given to your experience before the date of damage or destruction and the probable experience thereafter had no loss occurred.

"Directly," as applied to loss under this additional coverage, means loss as limited and conditioned in this policy, resulting from direct loss to the described property from a Covered Cause of Loss.

We shall be liable for:

**(1)** The actual loss sustained by you resulting directly from an interruption as covered hereunder during the length of time, not exceeding two consecutive weeks, when, as a direct result of damage to or destruction of the property adjacent to the premises herein described by a Covered Cause of Loss, access to such described premises is specifically prohibited by the order of civil authority;

**(2)** Loss resulting from damage to or destruction of media for, or programming records pertaining to, electronic data processing or electronically controlled equipment, including data thereon, by a Covered Cause of Loss. The length of time for which we shall be liable hereunder shall not exceed:

   **(a)** 30 consecutive calendar days; or

(b) The length of time that would be required to rebuild, repair or replace such other property herein described as has been damaged or destroyed; whichever is the greater length of time;

(3) Such expenses as are necessarily incurred for the purposes of reducing loss under this Coverage Form (EXCEPT EXPENSE INCURRED TO EXTINGUISH A FIRE), BUT IN NO EVENT SHALL THE AGGREGATE OF SUCH EXPENSES EXCEED THE AMOUNT BY WHICH THE LOSS OTHERWISE PAYABLE UNDER THIS ADDITIONAL COVERAGE IS THEREBY REDUCED.

f.  **Damage to Buildings from Theft, Burglary or Robbery**

When Building loss or damage (except by fire or explosion) directly resulting from theft, burglary or robbery (including attempted thereat), occurs, we will pay for that part of the building, occupied by you and containing Your Business Personal Property, and to equipment therein pertaining to the service of the building but not building property or equipment, removed from designated premises, provided you are the owner of such building or equipment or are liable for such building or equipment or are liable for such damage, but in no event shall this Additional Coverage apply to glass (other than glass building blocks) or to any lettering or ornamentation thereon. SECTION D. DEDUCTIBLE applies to this Additional Coverage.

g.  **Sewer, Drain or Sump Backup or Overflow**

We will pay for direct physical loss of or damage to Covered Property caused by or resulting from water that backs up or overflows from a sewer, drain or sump.

The opening (of the sewer, drain or sump) from which the water backs up or overflows must be located in or on:

(1) the insured building; or

(2) if you are a tenant, the building you rent, lease or occupy.

SECTION D. DEDUCTIBLE applies to this Additional Coverage.

5.  **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a coinsurance percentage of 80% or more or a Value Reporting period symbol is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a.  **Newly Acquired or Constructed Property**

(1) You may extend the insurance that applies to Building to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

(2) You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions.

(3) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

(a) This policy expires.

(b) 180 days expire after you acquire or begin to construct the property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

Subject to SECTION D. DEDUCT-IBLE, the most we will pay for loss or damage under this Extension is $1,500,000 each building.

## b. Personal Effects and Property of Others

You may extend the insurance that applies to Your Business Personal Property to apply to personal effects and personal property owned by the following:

(1) "Ministers" employed by you, but limited to $7,500 for any one individual;

(2) any other person, but limited to $2,500 for any one individual.

This extension does not apply to personal effects and personal property at any residence premises.

Loss or damage covered under this Extension is subject to replacement cost provisions a., b., c., d., e. and f. of Loss Condition, Valuation. The Optional Coverage, Actual Cash Value shall not apply to this Extension.

The most we will pay for loss or damage under this Extension is $25,000 in any one occurrence. Our payment for loss of or damage to personal effects and personal property of others will only be for the account of the owner of the property. No deductible applies to this Extension.

Insurance under this Extension is excess of the property owner's insurance, which is primary, whether the owner can collect on it or not.

## c. Valuable Papers and Records — Cost of Research

You may extend the insurance that applies to Your Business Personal Property, while on the described premises or away from the described premises while in the care and custody of an authorized person, to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. We will pay under this Extension when the loss or damage exceeds $250, and $25,000 is the most we will pay at each described premises for that part of the loss or damage that exceeds $250 and results from a Covered Cause of Loss.

## d. Property Off-Premises

You may extend the insurance provided by this Coverage Form to apply to your Covered Property, other than "stock," that is temporarily at a location you do not own, lease or operate.

This Extension applies only if loss or damage is caused by a Covered Cause of Loss.

This Extension also applies to Covered Property while in transit including direct loss or damage caused by collision (except contact with roadbed), derailment, or overturn of a transporting land conveyance.

The COVERAGE TERRITORY condition does not apply to this Extension; coverage applies while the Covered Property is anywhere in the world. We will pay under this Extension when the loss or damage exceeds $250, and $20,000 is the most we will pay for the part of the loss or damage that exceeds $250

## e. Radio and Television Antennas

You may extend the insurance provided by this Coverage Form to apply to your radio and television antennas (including satellite dishes), including

debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

We will pay under this Extension when the loss or damage exceeds $250, and $1,000 is the most we will pay for the part of the loss or damage that exceeds $250.

f.   **Appurtenant Structures**

You may extend the insurance that applies to Building to apply to appurtenant structures and personal property in the appurtenant structures located on the premises of any covered building. We will pay under this Extension when the loss or damage exceeds $250, and $15,000 is the most we will pay for each appurtenant structure and personal property in the appurtenant structure for the part of the loss or damage that exceeds $250.

This Extension applies only if loss or damage is caused by a Covered Cause of Loss, and does not include any appurtenant structure or property which is used in whole or in part for mercantile, manufacturing or farming purposes.

g.   **Property in the Open**

You may extend the insurance that applies to Building to apply to freestanding structures built for use or ornamentation on, above, or below the surface of land. The structures must be owned by you and located on the described premises. Structures used for operations, habitation, shelter, storage, or maintenance and service of the premises are not covered. We will pay under this Extension when the loss or damage exceeds $250, and $5,000 is the

most we will pay for the part of the loss or damage that exceeds $250.

h.   **Trees, Shrubs, Plants and Lawns**

You may extend the insurance provided by this Coverage Form to cover your trees, shrubs, plants and lawns at the described premises against loss by fire, lightning, explosion, riot, civil commotion, vehicle damage, aircraft and vandalism. We will pay under this Extension when the loss or damage exceeds $250 and $10,000 is the most we will pay for the part of the loss or damage that exceeds $250, but not more than $1,000 on any one tree, shrub, plant or lawn, including debris removal expense.

i.   **Outdoor Signs**

You may extend the insurance provided by this Coverage Form to apply to outdoor signs wherever located which are owned by you and owned by others and in your care, custody and control, excluding only loss by wear and tear, latent defect, corrosion, rust, or mechanical breakdown. We will pay under this Extension when the loss or damage exceeds $250, and $4,000 is the most we will pay for the part of the loss or damage that exceeds $250.

j.   **Ordinance or Law**

If a Covered Cause of Loss occurs to covered Building property, and causes the enforcement of any ordinance or law that **(a)** is in force at the time the cause of loss occurs, and **(b)** regulates the repair or reconstruction of that building, or establishes zoning or land use requirements at the described premises, the most we will pay is $150,000 for any one of the following coverages or combinations of coverages, subject to SECTION D. DEDUCTIBLE:

(1) the actual loss resulting from the required demolition of the undamaged parts of that building,

(2) the amount you actually spend to demolish and clear the site of the

undamaged parts of that building, and

(3) the amount you actually spend for the increased cost to repair or reconstruct that building.

The terms of this Extension of Coverage shall:

(1) apply separately to each covered building;

(2) not apply to any building that is not Covered Property;

(3) not apply to any covered building that has not been damaged by a Covered Cause of Loss;

(4) not apply to loss due to any ordinance or law that you were required to comply with, and that you failed to comply with before the loss occurred.

The Ordinance or Law exclusion does not apply to this coverage extension.

k. **Installed Locks**

You may extend the insurance provided by this Coverage Form for the repair, replacement or recalibration of professionally installed interior or exterior door locks if keys are stolen during a covered theft, burglary or robbery loss. The most we will pay under this Extension is $500. No deductible applies to this Extension.

l. **Anti-Arson Reward**

We will pay for information which leads to an arson conviction in connection with a fire or explosion loss covered under this policy. The most we will pay under this Extension is $10,000, regardless of the number of persons involved in providing that information. No deductible applies to this Extension.

m. **Anti-Theft/Vandalism Reward**

We will pay for information which leads to a conviction in connection with a covered loss caused by theft or vandalism, or any combination of these causes of loss. The most we will pay under this Extension is $250,

regardless of the number of persons involved in providing that information. No deductible applies to this Extension.

n. **Awnings, Canopies; Fire Extinguisher Recharge; Refrigerated Products Loss — Blanket Insurance**

The most we will pay under this Extension is $2,000 for any one of the following coverages or combinations of coverages:

(1) **Awnings — Canopies**

Loss or damage to awnings or canopies at the described premises.

(2) **Fire Extinguisher Recharge:**

The necessary expenses incurred to recharge a portable fire extinguisher when it has been discharged to combat a fire at the described premises. No deductible applies to this coverage **(2)**.

(3) **Refrigerated Products Loss**

Consequential loss to the contents of deep freeze or refrigerated units on the described premises resulting from power failure to the insured premises; damage to the generating or transmission equipment; or mechanical or electrical failure of the refrigeration system, provided it has been maintained in proper working condition.

With respect to coverages **(1)** and **(3)**, we will pay under this Extension when the loss or damage exceeds $250, and we will only pay for the part of the loss or damage that exceeds $250.

o. **Automatic Fire Suppression Recharge**

You may extend the insurance provided by this Coverage Form to apply to the necessary expenses incurred to recharge any automatic fire suppression system when the loss is caused by leakage or discharge.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright 1996 GuideOne Insurance

This Extension applies only if the leakage or discharge is caused by a Covered Cause of Loss.

The most we will pay for loss or damage under this Extension is $5,000. No deductible applies to this Extension.

Each of these Extensions is additional insurance. The Optional Coverage, Coinsurance, does not apply to these Extensions.

## B. EXCLUSIONS AND LIMITATIONS

See applicable Causes of Loss Form as shown in the Declarations.

## C. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The limits applicable to the Coverage Extensions and the following Additional Coverages:

1. Fire Department Service Charge;

2. Pollutant Clean Up and Removal; and

3. Indirect Loss;

are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1. Preservation of Property;

2. Debris Removal; but if:

   a. The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

   b. The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage;

   we will pay up to an additional $10,000 for each location in any one occurrence under the Debris Removal Additional Coverage;

3. Damage to Buildings from Theft, Burglary or Robbery; or

4. Sewer, Drain or Sump Backup or Overflow.

## D. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance, after any deduction required by the Agreed Value condition or the Coinsurance Optional Coverage.

When the occurrence involves loss to more than one item of Covered Property and more than one Limit of Insurance applies, the Deductible will reduce the total amount of loss payable if loss to at least one item is less than the sum of (1) the Limit of Insurance applicable to that item plus (2) the Deductible.

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

Deductible: $250

Limit of Insurance — Bldg. 1:    $60,000
Limit of Insurance — Bldg. 2:    $80,000

Loss to Bldg. 1:    $60,100
Loss to Bldg. 2:    $90,000

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100
−     250
$59,850 Loss Payable — Bldg. 1

The Deductible applied once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:   $59,850 + 80,000 = $139,850

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1:   $70,000 (exceeds Limit of Insurance plus Deductible)

Loss to Bldg. 2:   $90,000 (exceeds Limit of Insurance plus Deductible)

Loss Payable — Bldg. 1:   $60,000 (Limit of Insurance)

Loss Payable — Bldg. 2:   $80,000 (Limit of Insurance)

Total amount of loss payable:   $140,000

## E.  LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

With respect to a form which is applicable to this Coverage Part and is subject to the provisions of this Coverage Form, a reference in such form to:

> Actual Cash Value condition;
> Loss Condition, Actual Cash Value;
> Actual Cash Value in the Valuation
>     Loss Condition; or
> Valuation Condition providing Actual
>     Cash Value;

shall be construed as a reference to Optional Coverage, Actual Cash Value in this Coverage Form, except as provided in **g.** of **7. Val-uation.**

### 1.  Abandonment

There can be no abandonment of any property to us.

### 2.  Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss.  In this event, each party will select a competent and impartial appraiser.  The two appraisers will select an umpire.  If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction.  The appraisers will state separately the value of the property and amount of loss.  If they fail to agree, they will submit their differences to the umpire.  A decision agreed to by any two will be binding.

Each party will:

**a.**  Pay its chosen appraiser; and

**b.**  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 3.  Duties In The Event Of Loss Or Damage

**a.**  You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage.  Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim.  This will not increase the Limit of Insurance.  However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss.  Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property.  Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the con-

struction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

5. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. **Vacancy**

a. **Description of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

(a) When this policy is issued to a tenant, and with respect to

that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its square footage:

(i) Is not rented; or

(ii) Is not used to conduct customary operations;

(2) Buildings under construction or renovation are not considered vacant.

Dwellings maintained for occupancy by a "minister" or staff member, whether paid or not, will not be considered vacant at any time.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above,

we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

a. at replacement cost (without deduction for depreciation), except as provided in **g., h., i.,** and **j.** below.

b. This condition does not apply to:

(1) Personal property of others, except property covered under Coverage Extension, Personal Effects and Property of Others;

(2) Contents of a residence;

(3) Manuscripts;

(4) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(5) "Stock," unless the including "Stock" option is shown in the Declarations.

The value of covered property in **(1)**, **(2)** and **(4)** will be determined at actual cash value.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

e.  We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

   (1) The Limit of Insurance applicable to the lost or damaged property;

   (2) The cost to replace, on the same premises, the lost or damaged property with other property:

      (a) Of comparable material and quality; and

      (b) Used for the same purpose; or

   (3) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

f.  The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

g.  When a form, which is applicable to this Coverage Part and is subject to the provisions of this Coverage Form, indicates it replaces subparagraphs **a.** and **b.**, or the Actual Cash Value part, of the Valuation condition, such form shall be construed as replacing subparagraphs **a.**, **b.**, **c.**, **d.**, **e.** and **f.** of this condition, except when Optional Coverage, Actual Cash Value in this Coverage Form applies.

h.  "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

i.  Glass at the cost of replacement with safety glazing material if required by law.

j.  Tenant's Improvements and Betterments at:

   (1) Actual cash value of the lost or damaged property if you make repairs promptly.

   (2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

      (a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

      (b) Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

   If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

   (3) Nothing if others pay for repairs or replacement.

k.  Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

   (1) Blank materials for reproducing the records; and

   (2) Labor to transcribe or copy the records when there is a duplicate.

## F.  ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

With respect to a form which is applicable to this Coverage Part and is subject to the provisions of this Coverage Form, a reference to:

   Coinsurance Additional Condition;
   Coinsurance condition; or
   Additional Condition, Coinsurance;

shall be construed as a reference to Optional Coverage, Coinsurance in this Coverage Form.

1.  **Agreed Value**

   a.  We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the

property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Additional Condition shown in the Declarations is not extended, the Optional Coverage, Coinsurance, applies and this Additional Condition expires.

c. The terms of this Additional Condition apply only to loss or damage that occurs:

    . .    the effective date of this Additional Condition; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

## 2. Mortgageholders

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. OPTIONAL COVERAGES

If shown in the Declarations, the following Optional Coverages apply separately to each item.

With respect to a form which is applicable to this Coverage Part and is subject to the provisions of this Coverage Form, a reference in such form to:

Replacement Cost Optional Coverage;
Replacement Cost Coverage option; or
Optional Coverage, Replacement Cost;

shall be construed as a reference to subparagraphs **a.**, **b.**, **c.**, **d.**, **e.** and **f.** of Loss Condition, Valuation in this Coverage Form.

With respect to a form which is applicable to this Coverage Part and is subject to the provisions of this Coverage Form, a reference in such form to:

> Agreed Value Optional Coverage;
> Agreed Value Coverage option; or
> Optional Coverage, Agreed Value;

shall be construed as a reference to Additional Condition, Agreed Value in this Coverage Form.

1. **Coinsurance**

The Additional Condition, Agreed Value, does not apply to Covered Property to which this Optional Coverage applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in step **(1)**;

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in step **(2)**; and

(4) Subtract the deductible from the figure determined in step **(3)**.

We will pay the amount determined in step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1** (Underinsurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $100,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $ 40,000 × .50 = $20,000

Step (4): $ 20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2** (Adequate Insurance):

When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $200,000 |
| Deductible is | $250 |
| The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

When:

| | |
|---|---|
| The value of property is: | |
| Bldg. at Location No. 1 | $75,000 |
| Bldg. at Location No. 2 | $100,000 |
| Personal Property at | |

Location No. 2                              $75,000
                                           $250,000

The Coinsurance percentage
for it is                                       90%

The Limit of Insurance for
Buildings and Personal
Property at Location
Nos. 1 and 2 is                            $180,000

The Deductible is                            $1,000
The amount of loss is:
Bldg. at Location No. 2                     $30,000

Personal Property at
Location No. 2.                             $20,000
                                           $50,000

Step (1): $250,000 × 90% =
$225,000 (the minimum amount of
insurance to meet your Coinsurance
requirements and to avoid the penalty
shown below)

Step (2): $180,000 ÷ $225,000 =
.80

Step (3): $ 50,000 x .80 = $40,000.

Step (4): $ 40,000 − $1,000 =
$39,000.

We will pay no more than $39,000.
The remaining $11,000 is not cov-
ered.

2. Inflation Protection

The Limit of Insurance for property to
which this optional coverage applies shall
automatically be adjusted in accordance
with the current local cost index.

3. **Actual Cash Value**

When this optional coverage applies and
a form, which is applicable to this Cover-
age Part and is subject to the provisions
of this Coverage Form, indicates it modi-
fies subparagraphs **a.** and **b.**, or the
Actual Cash Value part, of the Valuation
condition, such form shall be construed
as modifying this optional coverage.

a. *Actual Cash Value* replaces *replace-*
ment cost provisions **a., b., c., d., e.**
and **f.** in the Loss Condition, Valu-
ation, of this Coverage Form.

b. If a coinsurance percentage of 80%
or more or a Value Reporting period
symbol is shown in the Declaration,
and loss to the replace the
damaged building property is $5,000
or less, we will pay the cost of build-
ing repairs or replacement.

The cost of building repairs or
replacement does not include the
increased cost attributable to
enforcement of any ordinance or law
regulating the construction, use or
repair of any property.

However, the following property will
be valued at the actual cash value
even when attached to the building:

(1) Awnings of fabric construction and
outdoor equipment, all whether
permanently attached to the
building structure or not.

## H. DEFINITIONS

1. "Pollutants" means any solid, liquid,
gaseous or thermal irritant or contam-
inant, including smoke, vapor, soot,
fumes, acids, alkalis, chemicals and
waste. Waste includes materials to be
recycled, reconditioned or reclaimed.

2. "Stock" means merchandise held in
storage or for sale, raw materials and in-
process or finished goods, including sup-
plies used in their packing or shipping.

3. "Minister" means a person employed by
the named insured to attend to the spirit-
ual needs of the congregation. Employed
by the named insured includes duly
assigned to or appointed by the named
insured.

# CAUSES OF LOSS — SPECIAL FORM

**CORNERSTONE PLUS**

Words and phrases that appear in quotation marks have special meaning. Refer to Section F. — Definitions.

## A. COVERED CAUSES OF LOSS

When Special is shown in the Declarations, Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

1. Excluded in Section B., Exclusions; or

2. Limited in Section C., Limitations;

that follow.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance or Law, applies whether the loss results from:

   (1) An ordinance or law that is enforced even if the property has not been damaged; or

   (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (2) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   **c. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental

authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to:

(1) failure of power or other utility service caused by the "specified causes of loss" or building glass breakage.

(2) the Business Income coverage or to Extra Expense coverage. Instead, the Special Exclusion in paragraph **B.4.a.(i)** applies to these coverages.

**f. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up or overflows from a sewer, drain or sump, except as provided in the Additional Coverages; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

2. We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** (1) Wear and tear;

(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

   (a) Dampness or dryness of atmosphere;

   (b) Changes in or extremes of temperature; or

   (c) Marring or scratching.

But if an excluded cause of loss that is listed in 2.d.(1) through (7) results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   (1) You do your best to maintain heat in the building or structure; or

   (2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act by you, any of your partners, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

   (1) Acting alone or in collusion with others; or

   (2) Whether or not occurring during the hours of employment.

   This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, except as provided below in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that covered Cause of Loss.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss." But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss," we will pay for the loss or damage caused by that "specified cause of loss."

3. We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

      (1) Planning, zoning, development, surveying, siting;

      (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      (3) Materials used in repair, construction, renovation or remodeling; or

      (4) Maintenance;

      of part or all of any property on or off the described premises.

4. **Special Exclusions**

   The following provisions apply only to the specified Coverage Forms.

   a. **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

      We will not pay for:

      (1) Any loss caused directly or indirectly by the failure of power or other utility service supplies to the described premises, however caused, if the failure occurs outside of a covered building.

      But if the failure of power or other utility service results in a Covered

Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

   (2) Any loss caused by or resulting from:

      (a) Damage or destruction of "finished stock"; or

      (b) The time required to reproduce "finished stock."

      This exclusion does not apply to Expense.

   (3) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

   (4) Any increase of loss caused by or resulting from:

      (a) Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

      (b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations," we will cover such loss that affects your Business Income during the "period of restoration."

   (5) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration."

   (6) Any other consequential loss.

   b. **Leasehold Interest Coverage Form**

      (1) Paragraph **B.1.a.** Ordinance or Law, does not apply to insurance under this Coverage Form.

      (2) We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following Exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.**, Ordinance or Law;

**(b)** Paragraph **B.1.c.**, Governmental Action;

**(c)** Paragraph **B.1.d.**, Nuclear Hazard;

**(d)** Paragraph **B.1.e.**, Utility Services; and

**(e)** Paragraph **B.1.f.**, War and Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit," or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit," or pay any dam-

ages, loss, expense or obligation resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**C. LIMITATIONS**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   **a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   **b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   **c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

   **(1)** the building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

   **(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   **d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

(1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage form; or

(2) Business Income coverage or Extra Expense coverage.

e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

f. Gutters and downspouts caused by or resulting from weight of snow, ice or sleet.

g. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will only pay for loss of or damage to glass that is part of a building or structure.

3. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

a. Valuable Papers and Records. The limitation on valuable papers and records, such as books of account, manuscripts, abstracts, drawings, card index systems, film, tape, disc, drum, cell or other data processing, recording or storage media, and other records is deleted.

b. Animals, and then only if they are killed or their destruction is made necessary.

c. Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

(1) Glass that is part of a building or structure;

(2) Containers of property held for sale; or

(3) Photographic or scientific instrument lenses.

d. Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

(1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

(2) To Business Income coverage or to Extra Expense coverage.

e. Walks.

4. The special limit shown for each category, a. through e., is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

a. $2,500 for furs, fur garments and garments trimmed with fur.

b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $2,500 for patterns, dies, molds and forms.

d. $500 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

e. $250 for money and securities. Loss or damage by theft includes the cost of stop payment orders for checks or drafts drawn by persons on their own accounts for payment of money to you as charitable contributions. The limit for this category, e., does not apply to the cost of stop payment orders.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

The Limitation, **C.4.**, does not apply to Business Income coverage or to Extra Expense coverage.

5. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

   a. Results in discharge of any substance from an automatic fire protection system; or

   b. Is directly caused by freezing.

   However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

## D. ADDITIONAL COVERAGE — COLLAPSE

The term Covered Cause of Loss includes the Additional Coverage — Collapse as described and limited in **1.a.** through **1.e.** below.

1. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building insured under this Coverage Form, if the collapse is caused by one or more of the following:

   a. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

   b. Hidden decay;

   c. Hidden insect or vermin damage;

   d. Weight of people or personal property;

   e. Weight of rain that collects on a roof;

   f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **D.1.a.** through **D.1.e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

2. If the direct physical loss or damage does not involve collapse of a building or any part of a building, we will pay for loss or damage to Covered Property caused by the collapse of personal property only if:

   a. The personal property which collapses is inside a building insured under this Coverage Form; and

   b. The collapse was caused by a cause of loss listed in **D.1.a.** through **D.1.f.** above.

3. With respect to the following property:

   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   b. Awnings, gutters and downspouts;

   c. Yard fixtures;

   d. Outdoor swimming pools;

   e. Fences;

   f. Piers, wharves and docks;

   g. Beach or diving platforms or appurtenances;

   h. Retaining walls;

   i. Walks, roadways and other paved surfaces;

   if the collapse is caused by a cause of loss listed in **D.1.b.** through **D.1.f.**, we will pay for loss or damage to that property only if:

   a. Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

   b. The property is Covered Property under this Coverage Form.

4. Collapse does not included settling, cracking, shrinkage, bulging or expansion.

5. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

### E. ADDITIONAL COVERAGE EXTENSIONS

1. **Property In Transit.** See Coverage Extension, Property Off-Premises in BUILDING AND PERSONAL PROPERTY COVERAGE FORM.

2. **Water Damage, Other Liquids, Powder or Molten Material Damage.** If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

### F. DEFINITIONS

"Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

With respect to loss or damage to walks by vehicles, vehicles do not include vehicles you own or which are operated in the course of your business.

1. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

   a. The cost of filling sinkholes; or

   b. Sinking or collapse of land into man-made underground cavities.

2. Falling objects does not include loss or damage to:

   a. Personal property in the open; or

   b. The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

3. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam. Water Damage also means accidental overflow of a baptistry.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright 1996 GuideOne Insurance

POLICY NUMBER:                                                    COMMERCIAL PROPERTY

# AGREED VALUE ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  READ IT CAREFULLY.**

Unless otherwise indicated on the declarations, Agreed Value is an optional coverage, and not included on this policy.

## SWORN STATEMENT IN PROOF OF LOSS

AMOUNT OF POLICY
AT TIME OF LOSS $ __1,967,500.00__

**(BUILDING ONLY)**

DATE ISSUED __01-01-98__

DATE EXPIRES __01-01-99__

CLAIM NUMBER __10-A-07815__

POLICY NUMBER __1157-133__

AGENT AT _____ (904) 265-3977

AGENT __Ron Roberts Agency__

To the __Guide One Insurance/Preferred Risk Group__
of ____ __2305 W. Park Place, Suite A, Stone Mountain, GA 30087__
At time of loss, by the above indicated policy of insurance you insured __Cove Baptist Church, Inc.__
___ __101 North MacArthur Avenue, Panama City, FL 32401__
against loss by __Water/Rainstorm__. To the property described under Schedule "A," according to the terms and conditions of the said policy and all forms, endorsements, transfers and assignments attached thereto
1. **Time and Origin:** A __Water/Rainstorm__ loss occurred about the hour of __N/A__ o'clock____ __M__ ,
                                                                            STATE KIND
on the __6__ Day of __May__ 19 __99__ . The cause and origin of the said loss were, __Water/Backup on roof drain.__

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever. __Commercial Property__

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was __None__ _____. No other person or persons had any interest therein or encumbrances thereon, except:_____

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest; use, occupancy, possession, location or exposure of the property described except _____
___ __The Public Adjusters__

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of loss, $ __1,967,500.00__ as more particularly specified in the apportionment attached under Schedule "C," besides which there was no policy or other contract of insurance, written or oral, valid or invalid

6. The **Actual Cash Value** of said property at the time of loss was ............. ................. $ __N/A__

7. The **Whole Loss and Damage** was .... ...(BUILDING ONLY) ...... ... ...... $ __169,944.39__

8. **Less Amount of Deductible** ................ ......................................... $ __500.00__

9. The **Amount Claimed** under the above numbered policy is .. ... ... ... . . ... ...... $ __169,444.39__

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss, no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof
The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights

Applicable in Florida Only. Any person who knowingly and with intent to injure, defraud, or deceive any insurance company files a statement of claim containing any false, incomplete or misleading information is guilty of a felony of the third degree.

State of___ __Florida__

County of___ __Bay__
Subscribed and sworn to before me this __3__ day of __July__ , 20 __00__

_____ Notary Public

X W. __Jim Montague__

_____ Insured

Carolyn H. Thornton
MY COMMISSION # CC 765743 EXPIRES
August 6, 2002
BONDED THRU TROY FAIN INSURANCE INC.

"B"